IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROCCO SQUILLACE,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 10-5623 |
| | : | |
| **COMMISSIONER OF SOCIAL SECURITY,** | : | |
| Defendant. | : | |
| | : | |

# O R D E R

**AND NOW**, this 22ⁿᵈ day of December , 2011, upon consideration of plaintiff's Social Security Complaint (Document No. 1, filed October 25, 2010), Plaintiff's Brief and Statement of Issues in Support of Request for Review (Document No. 10, filed March 15, 2011), Defendant's Response to Request for Review of Plaintiff (Document No. 11, filed April 7, 2011), and the record in this case, and after review of the Report and Recommendation of United States Magistrate Judge Arnold C. Rapoport dated November 21, 2011, no objections having been filed, **IT IS ORDERED** as follows:

1. The Report and Recommendation of United States Magistrate Judge Arnold C. Rapoport dated November 21, 2011, is **APPROVED** and **ADOPTED**; and,

2. Plaintiff's Request for Review is **DENIED**.

BY THE COURT:

/s/ Jan E. DuBois

**JAN E. DUBOIS, J.**